IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BENNIE J. MALETTE,
    Petitioner,

vs.                                    Case No.: 4:16cv528/WS/EMT

JULIE L. JONES,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Petitioner, a state prisoner, commenced this case by filing a petition for writ of habeas corpus (ECF No. 1). On August 24, 2016, the court issued an order directing Petitioner to file an amended petition on the court-approved § 2254 form within thirty (30) days (ECF No. 4). At Petitioner's request, the court extended the deadline to January 6, 2017 (*see* ECF Nos. 11, 12). Petitioner failed to file an amended petition by the extended deadline; therefore, on January 13, 2017, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 13). The time for compliance with the show cause order has elapsed, and Petitioner has not filed an amended petition or shown cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 23rd day of February 2017.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.