IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BENNIE J. MALETTE,

    Petitioner,

v.                                           4:16cv528-WS/EMT

JULIE L. JONES,

    Respondent.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 14) docketed February 23, 2017. The magistrate judge recommends that this case be dismissed without prejudice for petitioner's failure to comply with an order of the court. The petitioner has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus is hereby DISMISSED

without prejudice for failure to comply with an order of the court and to prosecute his case.

    3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

    DONE AND ORDERED this   21st   day of   March  , 2017.


                                      s/ William Stafford  
                                      WILLIAM STAFFORD  
                                      SENIOR UNITED STATES DISTRICT JUDGE